JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

C. DAVID HALL (CASBN 66081)
Assistant U.S. Attorney

450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3-08 70005

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER MITE,

Defendant.

CRIMINAL NO.

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on JANUARY 3, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe) PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

pending in the EASTERN District of MICHIGAN, Case Number 07-20213.

In that case, the defendant is charged with a violation(s) of Title(s) ____ United States C Section(s) _____.

Description of Charges: Pretrial Violations

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 1-7-08

[signature]

Assistant U.S. Attorney

F.D 130 ...
Warr# 0839-(203-...

PS 10
(6/99)

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

USA vs MITE, Christopher Docket No. 07-20213

TO: *Any United States Marshal or any agent of the FBI

**WARRANT FOR ARREST OF DEFENDANT**

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court.

| NAME OF DEFENDANT | SEX | RACE |
|---|---|---|
| MITE, Christopher | M | B |

ADDRESS (Street, City, State)
7230 Roxbury, Ypsilanti, MI 48197

TO BE BROUGHT BEFORE (Name of Court, City, States)
U.S. District Judge Lawrence P. Zatkoff

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| DAVID J. WEAVER | [signature] | DEC - 3 ... |

**RETURN**

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

EXECUTING AGENCY (Name and Address)

| NAME | (BY) | DATE |
|---|---|---|
| | | |

*Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12
(8/94)

FILED

# United States District Court
for the
Eastern District of Michigan

OCT 2 5 [illegible]

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

U.S.A. vs. MITE, Christopher Docket No. 07-20213-01

## Petition for Action on Conditions of Pretrial Release

COMES NOW Susan D. Gilmore, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant MITE, Christopher, who was placed under pretrial release supervision by Magistrate Judge Virginia Morgan sitting in the court at U.S. District Court - Eastern District of Michigan, on [illegible] 2007, under the following conditions:

Report as directed to Pretrial Services, no use/possession of controlled substances, and submit to testing/treatment as directed.

Respectfully presenting petition for action of court and for cause as follows:
(If short insert here; if lengthy write on separate and attach)

On October 23, 2007, this writer submitted a Bond Status Report advising of the defendant's arrest on October 17, 2007 for Misdemeanor Possession of Marijuana and Driving with License Suspended. Subsequently, Your Honor advised Pretrial Services to prepare a warrant for the arrest and apprehension of the defendant. Accordingly, the following has been prepared.

PRAYING THAT THE COURT WILL ORDER an arrest warrant for the above named defendant and revocation of bond.

ORDER OF COURT

Considered and ordered this 25th day of October, 2007 and ordered filed and made a part of the records in the above case.

[signature]
U.S. District Judge Lawrence P. Zatkoff

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: Marie E. Verlinde
DEPUTY CLERK

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2007

[signature]
U.S. Pretrial Services Officer
Susan D. Gilmore

Place: Detroit

Date: October 24, 2007