UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED
JAN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07-20213

Jan. 14, 2008

Office of the Clerk
U.S. District Court
Eastern Dist. of Michigan
231 W. Lafayette Blvd. #564
Detroit MI  48226

Case Name:     USA v. Christopher Todd Mite
Case Number:   3:08-70005 EDL
Charges:       Conditions of pretrial release

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Elizabeth Laporte The following action has been taken:

(x)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

    x   original Rule 40 affidavit
    x   original minute orders
x   certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____        **CLERK, U.S. DISTRICT COURT**